UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 12 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 05-30340 |
| Plaintiff - Appellee, | D.C. No. CR-04-00070-RRB<br>District of Alaska,<br>Anchorage |
| v. | |
| DARRELL MOSS, | ORDER |
| Defendant - Appellant. | |

**RECEIVED**

JUL 24 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Before: KOZINSKI, RYMER and PAEZ, Circuit Judges.

Appellant's pro se motion for an extension of time to file a petition for rehearing en banc is construed as a motion for extension of time to file a motion for reconsideration and reconsideration en banc of the court's April 17, 2006 order. *See* 9th Cir. R. 27-10. So construed, the motion is ordered filed and is denied. All other pending motions are denied as moot.

No motions for reconsideration, rehearing, clarification, stay of the mandate, or any other submissions shall be filed or entertained in this closed docket.

S:\MOATT\Panelord\7.06\at\05-30340.wpd